UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVIS SHAWN DUNN | CIVIL ACTION 3:20-cv-00425 |
| VERSUS | JUDGE SHELLY D. DICK |
| STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, ELAYN HUNT CORRECTIONAL CENTER, WARDEN TIM HOOPER, ASSISTANT WARDEN TODD BARBER, ASSISTANT WARDEN KIRT GUERAIN, COLONEL ERIC HINYARD, MAJOR DONALD JOHNSON, ASSITANT SERGEANT JOUBERT, CADET CAIN, AND ABC INSURANCE COMPANY | MAGISTRATE JUDGE SCOTT D. JOHNSON |

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, come defendants, State of Louisiana through the Department of Public Safety and Corrections; Elayn Hunt Correctional Center; Warden Timothy Hooper, in his official capacity as Warden of Elayn Hunt Correctional Center; Assistant Warden Todd Barrer; Assistant Warden Kirt Guerain; Colonel Eric Hinyard; Major Donald Johnson; Sergeant Joubert; and Cadet Cain (hereinafter collectively "Defendants"), who, appearing solely for the purpose of this Notice, hereby give notice of the removal of this action to this Honorable Court for the following reasons to wit:

1.

On March 22, 2020, Travis Shawn Dunn ("Plaintiff") initiated this action in the 18th Judicial District Court for the Parish of Iberville, State of Louisiana, under the caption *Travis Shawn Dunn v. State of Louisiana, through the Dept. of Public Safety and Corrs., et al.*, Civil

1

Action Number C79,900 Section B.[1]

2.

Plaintiff effectuated service upon Defendants on June 4, 2020.[2] No additional defendants have been served. Service on "Sergeant Johnson" was returned unexecuted, and Plaintiff has not requested service on defendants "Jane Doe", "John Doe", and "ABC Insurance Company".[3]

3.

Plaintiff brings this action pursuant to federal laws for purported actions that have allegedly affected his federal civil rights, thereby raising a federal question and invoking the jurisdiction of this Court. Specifically, Plaintiff alleges, *inter* alia, has asserted a right to recovery under 42 U.S.C. §§ 1981, 1983, and 1988, and alleges that Defendants' actions and/or inactions violated rights afforded to him by the Eighth and Fourteenth Amendments.[4]

4.

Plaintiff's claims arise under Federal law; therefore, this Court has original jurisdiction over such claims pursuant to 28 U.S.C. § 1331, and under 28 U.S.C. § 1441(a), removal is proper.

5.

This notice is timely under the provisions of 28 U.S.C. § 1446(b) as it has been filed within thirty (30) days of service of a copy of the initial pleading on Defendants setting forth the claim for relief upon which the action is based.

6.

All defendants who have been served to date are represented by undersigned counsel,

---

[1] *See* Suit Record attached as Exhibit A.
[2] *Id.*
[3] *Id.*
[4] *Id.*

2

have joined in this *Notice of Removal*, and consent to the removal of this action in accordance with 28 U.S.C. § 1446(b)(2)(A).

7.

A copy of this Notice of Removal has been served on Plaintiff through his attorney of record and filed with the Clerk of Court of the 18th Judicial District Court for the Parish of Iberville, State of Louisiana.

**WHEREFORE,** Defendants; State of Louisiana through the Department of Public Safety and Corrections; Elayn Hunt Correctional Center; Warden Timothy Hooper, in his official capacity as Warden of Elayn Hunt Correctional Center; Assistant Warden Todd Barrer; Assistant Warden Kirt Guerain; Colonel Eric Hinyard; Major Donald Johnson; Sergeant Joubert; and Cadet Cain; pray that the action described hereinabove now pending against Defendants in the 18th Judicial District Court for the Parish of Iberville, State of Louisiana be removed to the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:    */s/Lee J. Ledet*
LEE J. LEDET (#33237)
RACHEL M. ABADIE (#34413)
Special Assistant Attorneys General

ERLINGSON BANKS, PLLC
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Fax: (225) 246-2876
lledet@erlingsonbanks.com
*Attorneys for Defendants*

3

## <u>CERTIFICATE OF SERVICE</u>
## <u>and CERTIFICATE OF COMPLIANCE</u>
## <u>WITH REQUIREMENTS OF 28 U.S.C. § 1446(d)</u>

**I HEREBY CERTIFY** that a copy of the foregoing *Notice of Removal* and the exhibits attached containing the entire suit record of the civil action entitled *Travis Shawn Dunn v. State of Louisiana, through the Dept. of Public Safety and Corrs., et al.*, and bearing civil action number C79,900, and the civil cover sheet were filed using the Court's CM/ECF system and that a copy of the above foregoing notice and attached exhibits were served upon counsel of record for Travis Shawn Dunn by depositing a true copy of the same in the United States Mail, properly addressed with first-class postage prepaid to:

> Travis Shawn Dunn
> Through his counsel of record:
> Joshua M. Palmintier
> 618 Main Street
> Baton Rouge, LA 70801

**I FURTHER HEREBY CERTIFY** that a copy of the foregoing *Notice of Removal* and all exhibits were filed with the Clerk of Court of the 18th Judicial District Court in and for the parish of Iberville, State of Louisiana by filing a *Notice of Filing Notice of Removal* by depositing a copy of same in the United States Mail, properly addressed with first-class postage prepaid as follows:

> The Honorable Tonya S. Lurry
> 18th Judicial District Court, Div. B
> 58050 Meriam St.
> Plaquemine, LA 70802

Baton Rouge, Louisiana this 3rd day of July 2020.

/s/ *Lee J. Ledet*
Lee J. Ledet
