# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

DUNN

CIVIL ACTION

VERSUS

20-425-SDD-SDJ

STATE OF LOUISIANA,
THROUGH THE DEPARTMENT
OF PUBLIC SAFETY AND
CORRECTIONS, ET AL.

## RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson, dated February 26, 2021, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] is hereby DENIED.

Signed in Baton Rouge, Louisiana the 29 day of March, 2021.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 7.
[2] Rec. Doc. 38.
[3] Rec. Doc. 7.